**Melanie B. CAHILL**

v.

**Margaret P. MORROW.**

**No. 2008–34–Appeal.**

Supreme Court of Rhode Island.

Dec. 18, 2009.

James H. Reilly, Esq., Providence.

that assertion by appellant's present counsel to be regrettable.

Lauren E. Jones, Esq., Providence.

## ORDER

This Court is evenly divided about the Superior Court's judgment of adverse possession in favor of Melanie B. Cahill. Thus, the Superior Court's judgment is affirmed by an evenly divided court.